UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LILLY MAY PORTER,

                Plaintiff,

       -against-

HOME DEPOT U.S.A., INC.,

                Defendant.
-------------------------------------------------------------------X

**JURY VERDICT SHEET**
**12-CV-4595 (NGG) (CLP)**

NICHOLAS G. GARAUFIS, United States District Judge.

1. With regard to the accident on December 15, 2010, has the plaintiff proved by a preponderance of the evidence that the defendant was negligent?

    YES __✓__          NO _____

    If your answer to question # 1 is "no," do not answer any further questions. Your foreperson is to sign and date the verdict form and advise the marshal that a verdict has been reached.

    If your answer to question # 1 is "yes," proceed to question # 2.

2. With regard to the accident on December 15, 2010, has the plaintiff proved by a preponderance of the evidence that the defendant's negligence was a substantial factor in causing the plaintiff's accident?

    YES __✓__          NO _____

    If your answer to question # 2 is "no," do not answer any further questions. Your foreperson is to sign and date the verdict form and advise the marshal that a verdict has been reached.

    If your answer to question # 2 is "yes," proceed to question # 3.

1

3. With regard to the accident on December 15, 2010, has the defendant proved by a preponderance of the evidence that the plaintiff was negligent?

   YES ✓          NO ____

   If your answer to question # 3 is "no," skip directly to question # 6, and do not answer question # 4 or question # 5.

   If your answer to question # 3 is "yes," proceed to question # 4.

4. With regard to the accident on December 15, 2010, has the defendant proved by a preponderance of the evidence that the plaintiff's negligence was a substantial factor in causing the plaintiff's accident?

   YES ____          NO ✓

   If your answer to question # 4 is "no," skip directly to question # 6, and do not answer question # 5.

   If your answer to question # 4 is "yes," proceed to question # 5.

5. With regard to the accident on December 15, 2010, what was the percentage of fault of the defendant and what was the percentage of fault of the plaintiff?

   Defendant's percentage of fault for accident =  _____ %

   Plaintiff's percentage of fault for accident   =  _____ %

   (Total must  =   100   %)

   Proceed to question # 6.

6. Answer the following questions, <u>without reduction for any percentage of fault</u> that you allocated to the plaintiff in question # 5, if any:

   A) State the amount of damages awarded to the plaintiff for pain and suffering up to the date of your verdict:

   $ __600,000__

   If you decide not to make an award as to pain and suffering up to the date of your verdict, write the word "none" in the space provided.

   B) State the amount of damages awarded to the plaintiff for future pain and suffering, including the permanent effect of the injury, from the time of the verdict to the time that the plaintiff could be expected to live:

   $ __1,400,000__

   If you decide not to make an award as to future pain and suffering, write the word "none" in the space provided.

   C) State separately the amount of damages awarded to the plaintiff for medical expenses to be incurred in the future, in the following categories of expenses:

   | | |
   |---|---|
   | Medication: | $ __800,000__ |
   | Office Visits/Physical Therapy: | $ __300,000__ |
   | Injections: | $ __500,000__ |
   | MRI Studies: | $ __100,000__ |
   | Future Surgeries: | $ __175,000__ |

   If you decide not to make an award as to future medical expenses for any of the above items, write the word "none" in the space(s) provided.

3

D)  If you have made any award for amounts intended to compensate the plaintiff for damages to be incurred in the future, then for each item for which an award is made, state the period of years over which such amounts are intended to provide compensation:

| | | |
|---|---|---|
| Future Pain and Suffering: | 37 | years |
| Future Medication: | 37 | years |
| Future Office Visits/Physical Therapy: | 37 | years |
| Future Injections: | 37 | years |
| Future MRI Studies: | 37 | years |
| Future Surgeries: | 37 | years |

If you make no award as to any of the above items, write the word "none" as to that item.

Please report your verdict to the court.

Signed: _____
Foreperson

Dated: 1/20/15

4