UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

LILLY MAY PORTER,

                     Plaintiff,

    -against-

HOME DEPOT U.S.A., INC.,

                    Defendant.

------------------------------------------------------------------- X

Index No.: 12 cv 4595

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 23, 2015

HECHT, KLEEGER & DAMASHEK, P.C.

By: _____
Jordan Hecht, Esq.
Attorneys for Plaintiff
*LILLY MAY PORTER*
19 West 44th Street, Suite 1500
New York, New York 10036
(212) 490-5700

D'AMATO & LYNCH, LLP

By: _____
Stephen F. Willif, Esq.
Attorneys for Defendant
*HOME DEPOT U.S.A., INC.*
Two World Financial Center
225 Liberty Street
New York, New York 10281
(212) 909-2144

SO ORDERED:

_____
U.S.D.J.

#1040009v1