UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

LILLY MAY PORTER,                          :    **Index No.: 12 cv 4595**

                          Plaintiff,       :    **STIPULATION AND**
                                           :    **ORDER OF DISMISSAL**
          -against-                        :

HOME DEPOT U.S.A., INC.,                   :

                          Defendant.       :

------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas

no party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee and no person not a party has an interest in the subject matter of the action, the

above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to

either party as against the other.  This stipulation may be filed without further notice with the

Clerk of the Court.

Dated: New York, New York
          January 23, 2015


HECHT, KLEEGER & DAMASHEK, P.C.          D'AMATO & LYNCH, LLP

By                                       By:
   Jordan Hecht, Esq.                       Stephen P. Willif, Esq.
   Attorneys for Plaintiff                  Attorneys for Defendant
   *LILLY MAY PORTER*                       *HOME DEPOT U.S.A., INC.*
   19 West 44th Street, Suite 1500          Two World Financial Center
   New York, New York  10036                225 Liberty Street
   (212) 490-5700                           New York, New York  10281
                                            (212) 909-2144


/s/Nicholas G. Garaufis

3/3/15